IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER KOUKOS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> CHESTER COUNTY, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br> NO. 16-4602 |

## ORDER

**AND NOW**, this 7th day of February, 2017, upon consideration of the motion for partial judgment on the pleadings filed by Defendants PrimeCare, Abney, Hines, Budynkiewcz and Medical Does 1–10 (ECF No. 12), Plaintiff Koukos's Response (ECF No. 14), and Defendants' Reply (ECF No. 16), it is hereby **ORDERED** that:

1. Defendants' motion (ECF No. 12) is **GRANTED** and judgment is entered in favor of Defendants on all of Koukos's state negligence claims (Count III);

2. Plaintiffs' motion for extension of time to file certificate of merit (ECF No. 15) is **DENIED** as moot.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.